THE STATE EX REL. MAGNETEK NATIONAL ELECTRIC COIL ET AL., APPELLANTS, *v.* ADAIR ET AL., APPELLEES.

[Cite as *State ex rel. Magnetek Natl. Elec. Coil v. Adair,* 98 Ohio St.3d 388, 2003-Ohio-1491.]

(No. 2002–0431—Submitted February 25, 2003—Decided April 9, 2003.)

---

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

Squire, Sanders & Dempsey, L.L.P., and Michael Soto, for appellants.

Reinhard, Zamora & Bates, L.P.A., and Charles Zamora, for appellee James D. Adair.

Jim Petro, Attorney General, and Cheryl J. Nester, Assistant Attorney General, for appellee Industrial Commission of Ohio.